IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00307-RJC-DCK

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KEYSHAWN DARREN CROWDER ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's motion for a second continuance of the trial of this case, currently scheduled during the December 3, 2018, criminal trial term. (Doc. No. 6).

On September 18, 2018, the grand jury indicted the defendant for alleged firearm and drug offenses, (Doc. No. 1), and the case was set for trial during the October 2018 term, (Scheduling Order, Sept. 21, 2018). At that time, the government was ordered to provide required discovery within ten days. (Discovery Order, Sept. 21, 2018).

Counsel moved to continue the case at the September 24, 2018, status conference, which the Court granted and re-set the trial during the December 2018 term. (Oral Order, Sept. 24, 2018). Counsel filed the instant motion for a second continuance on November 7, 2018, stating that he has not yet received discovery in this matter. (Doc. No. 6 at 1). It would be troubling to the Court if information required to be disclosed by the Discovery Order issued September 21, 2018, has not been made available to the defendant.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the defendant's motion within ten days of the entry of this Order. The government

shall specifically address whether information required to be disclosed has been made available or provided to the defendant, and, if not, why not and the expected schedule for its provision. If an evidentiary hearing is necessary to resolve the motion to continue, the parties will be notified by separate order.

Signed: November 7, 2018

Robert J. Conrad, Jr.
United States District Judge